IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CANNING | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-774 |
| UNITED STATES OF AMERICA, | : | |
| ET AL. | : | |

**O R D E R**

**AND NOW**, this  25th  day of  October , 2012, upon consideration of Defendant United States of America's Motion to Dismiss for Lack of Jurisdiction (ECF No. 32), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED** in its entirety.

3. The Clerk of Court is directed to mark this matter closed.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**